UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WEBROOT, INC., and OPEN TEXT INC.

vs.

AO KASPERSKY LAB

Case No.: 6:22-CV-00243

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Joseph T. Miotke, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent AO Kaspersky Lab in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DeWitt LLP with offices at:

    Mailing address: 13845 Bishop's Drive, Suite 300
    City, State, Zip Code: Brookfield, WI 53005
    Telephone: 262.754.2871    Facsimile: 262.754.2845

2. Since 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of Wisconsin. Applicant's bar license number is 1033986.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Illinois | 1999 |
    | Eastern District Of Wisconsin | 1999 |
    | Northern District Of Illinois | 1999 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 6:21-CV-00888 on the 20 day of September, 2021.
   Number: _____ on the ___ day of _____, ___.
   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   During a 1994 college spring break trip to South Padre Island, Texas, Applicant was arrested for (1) public intoxication and (2) disorderly conduct. Applicant paid a $200 fine.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Harry "Gil" Gillam, Jr., Gillam & Smith LLP

Mailing address: 102 N. College, Suite 800

City, State, Zip Code: Tyler, Texas 75702

Telephone: 903.934.8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Joseph T. Miotke to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Joseph T. Miotke
[printed name of Applicant]

*[signature]*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of July, 2022.

Joseph T. Miotke
[printed name of Applicant]

*[signature]*
[signature of Applicant]