UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WEBROOT, INC., OPEN TEXT, INC. | § § |
| vs. | § § § NO:  WA:22-CV-00243-ADA |
| AO KASPERSKY LAB, AO KASPERSKY LAB, OPEN TEXT, INC., WEBROOT, INC., OPEN TEXT CORPORATION | |

### ORDER SETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Wednesday December 07, 2022 at 09:30 AM before the Honorable Derek T. Gilliland. The Motion at issue is in member case WA:22-CV-240 (Doc. 67). The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 30th day of November, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE