UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WEBROOT, INC., OPEN TEXT, INC. | § § | |
| vs. | § § | NO: WA:22-CV-00243-ADA |
| AO KASPERSKY LAB, AO KASPERSKY LAB, OPEN TEXT, INC., WEBROOT, INC., OPEN TEXT CORPORATION | § | |

### ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS HEARING VIA ZOOM on Wednesday December 07, 2022 at 02:00 PM (time change only) before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel via email.

SIGNED this 6th day of December, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE