UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| WEBROOT, INC., OPENTEXT INC., | § | |
|---|---|---|
| | § | |
| *Plaintiffs,* | § | |
| v. | § | |
| AO KASPERSKY LAB | § | 6:22-CV-00243-ADA-DTG |
| TREND MICRO, INC. | § | 6:22-CV-00239-ADA-DTG |
| SOPHOS LTD. | § | 6:22-CV-00240-ADA-DTG |
| CROWDSTRIKE HOLDINGS, INC. | § | 6:22-CV-00241-ADA-DTG |
| FORCEPOINT, LLC | § | 6:22-CV-00342-ADA-DTG |

**ORDER GRANTING MOTION TO AMEND FIFTH SCHEDULING ORDER**

Before the Court is Defendant AO Kaspersky Lab's Unopposed Motion to Modify the Scheduling Order. The Court, being duly advised, and finding good cause hereby GRANTS the motion for modification of the Fifth Amended Scheduling Order as relates to the parties in the Kaspersky case, Webroot, Inc. et al. v. AO Kaspersky Lab, 6:22-CV-00243-ADA-DTG, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Kaspersky Labs Limited and Kaspersky Lab Switzerland GmbH to file a response to Plaintiffs' Third Amended Complaint | N/A | Tuesday November 21, 2023 |
| Deadline to serve Final Infringement and Invalidity Conventions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. | Tuesday, October 27, 2023 | Friday, January 5, 2024 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve disputed issues. | Monday, December 11, 2023 | Monday, February 26, 2024 |

| | | |
|---|---|---|
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) | Monday, December 11, 2023 | Monday, February 26, 2024 |
| Close of Fact Discovery. | Thursday, January 18, 2024 | Thursday, April 4, 2024 |
| Deadline to serve Opening Expert Reports. | Tuesday, January 30, 2024 | Tuesday, April 16, 2024 |
| Deadline to serve Rebuttal Expert Reports. | Tuesday, March 12, 2024 | Wednesday, May 29, 2024 |
| Close of Expert Discovery. | Tuesday, March 12, 2024 | Wednesday, May 29, 2024 |
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | Tuesday March 12, 2024 | Wednesday, May 29, 2024 |
| Dispositive motion deadline and *Daubert* motion deadline. Parties shall further contact the law clerks by email to determine whether paper copies are desired by Chambers and to obtain link to upload briefs and exhibits. | Tuesday, May 7, 2024 | Tuesday, July 23, 2024 |
| Deadline to serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | Tuesday, June 4, 2024 | Tuesday, August 20, 2024 |
| Deadline to serve objections to pretrial disclosures/rebuttal disclosures. | Tuesday, June 18, 2024 | Tuesday, September 3, 2024 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | Tuesday, June 25, 2024 | Tuesday, September 10, 2024 |
| Deadline to serve objections to rebuttal disclosures; file Motions *in Limine* | Tuesday, June 25, 2024 | Tuesday, September 10, 2024 |
| Deadline to file Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to Motions *in Limine*. | Thursday, July 11, 2024 | Tuesday, September 24, 2024 |
| Deadline to file Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party | Notice of Daily Transcript: | Notice of Daily Transcript: |

| | | |
|---|---|---|
| or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on Motions *in Limine*. | Friday July 12, 2024<br><br>Meet and confer on remaining objections: Thursday, July 18, 2024 | Wednesday, September 25, 2024<br><br>Meet and confer on remaining objections: Tuesday, October 1, 2024 |
| Deadline to file Joint Notice identifying remaining objections to pretrial disclosures and disputes on Motions *in Limine*. | Thursday, July 25, 2024 | Tuesday, October 8, 2024 |
| Final Pretrial Conference. Held in person unless otherwise requested. | Thursday, August 1, 2024 | Tuesday, October 15, 2024 |
| **Jury Selection/Trial** | **Monday, August 19, 2024** | **Monday, November 4, 2024** |

Dated: _____, 2023

_____

Hon. Derek T. Gilliand